# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 392 EAL 2023

 Respondent

       : Petition for Allowance of Appeal
       : from the Order of the Superior Court

  v.

DERRICK T.T. WALKER,

 Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 393 EAL 2023

 Respondent

       : Petition for Allowance of Appeal
       : from the Order of the Superior Court

  v.

DERRICK T.T. WALKER,

 Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 394 EAL 2023

 Respondent

       : Petition for Allowance of Appeal
       : from the Order of the Superior Court

  v.

DERRICK T.T. WALKER,

 Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 395 EAL 2023

 Respondent

       : Petition for Allowance of Appeal
       : from the Order of the Superior Court

  v.

DERRICK T.T. WALKER,            :

                Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.

[392 EAL 2023, 393 EAL 2023, 394 EAL 2023 and 395 EAL 2023] - 2